# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2006

130808

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BUDDY MILLER, II,
      Plaintiff-Appellant,

v

CHAPMAN CONTRACTING, RAMZY
KIZY, JR., KEVIN R. PAPERD, and
SWEEPMASTER, INC.,
      Defendants-Appellees.

SC: 130808
COA: 256676
Oakland CC: 03-053572-NI

_____/

      On order of the Court, the application for leave to appeal the February 16, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the Oakland Circuit Court and the Court of Appeals correctly determined that plaintiff's motion to amend was futile. The parties may file supplemental briefs within 42 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2006

_____
Clerk

s0725